IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY DIETHER,

    Plaintiff,

v.

CERTEGY PAYMENT RECOVERY SERVICES INC., and CERTEGY CHECK SERVICES, INC.,

    Defendants.

No. C 06-02853 WHA

**ORDER DENYING STIPULATION**

The Court **DENIES** the parties' stipulation for counsel to attend the case management conference by telephone. Trial counsel must attend the conference in person.

**IT IS SO ORDERED.**

Dated: August 11, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE